IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )                             | |
| Plaintiff,  ) | |
| )                             | |
| vs.                         ) | CRIMINAL NO.  21-CR-40052-JPG |
| )                             | |
| DEAUNDRE R. WIMBERLY,       ) | |
| )                             | |
| Defendant.  ) | |

## STIPULATION OF FACTS

Comes now the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and George A. Norwood, Assistant United States Attorney, together with the defendant, DEAUNDRE R. WIMBERLY, and his counsel of record, Eric Butts, and herewith enter into the following stipulation of facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

### Count 1

From on or about December 2020, until on or about June 2021, in Jackson, Williamson, and Alexander Counties, within the Southern District of Illinois, the Defendant and others agreed to commit a crime - the distribution of methamphetamine.

During the course of the conspiracy, the Defendant was obtaining dealer amounts of methamphetamine from co-conspirator J.V. and then redistributing the methamphetamine. Court-authorized wiretaps showed the Defendant obtaining methamphetamine from J.V. on a "front" (J.V. would give some or all of the drugs to the Defendant on credit, the Defendant would sell the drugs, and then the defendant would pay J.V. after the drugs had been sold). The

Defendant would sometimes advise J.V. that the Defendant already had a customer waiting to purchase the methamphetamine. The Defendant and J.V. both knew that the Defendant was obtaining the methamphetamine from J.V. for the purpose of the Defendant redistributing the methamphetamine to the Defendant's customers.

Records from a court-authorized wiretap of J.V.'s telephone show that the defendant had forty (40) phone calls between April 9, 2021, and May 2, 2021. In those phone calls, there is clear communication about drugs being fronted by J.V. to the defendant.

The phone calls also show that on occasions, J.V. and the defendant would have co-defendant Josten Denwood bring the methamphetamine from J.V. to the defendant. For example, on April 29, 2021, at 17:45:32 CDT, J.V. and the defendant discuss a six (6) ounce methamphetamine deal. J.V. indicated that he could front the defendant three (3) ounces immediately and three (3) ounces in an hour's time. The defendant advised J.V. that co-defendant Denwood was on his way and J.V. should give Denwood the three (3) ounces. J.V. replied that Denwood was already there.

The parties agree that the defendant's relevant conduct is between 500-1,500 grams of a mixture and substance containing methamphetamine, and that the defendant possessed a firearm during the commission of the offense.

Williamson, Jackson, and Alexander Counties are within the Southern District of Illinois.

This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not an exhaustive account of the Defendant's involvement in this criminal activity.

_____
DEAUNDRE R. WIMBERLY
Defendant

_____
Eric Butts
Attorney for Defendant

Date: 5/18/23

RACHELLE AUD CROWE
United States Attorney

_____
George Norwood
Assistant United States Attorney

Date: 5/18/23

3